# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143178-9(117)

RESIDENTIAL FUNDING CO., L.L.C., f/k/a
RESIDENTIAL FUNDING CORPORATION,
 Plaintiff-Appellant,

v

GERALD SAURMAN,
 Defendant-Appellee.

SC: 143178
COA: 290248
Kent CC: 08-011138-AV

_____

BANK OF NEW YORK TRUST COMPANY,
 Plaintiff-Appellant,

v

COREY MESSNER,
 Defendant-Appellee.

SC: 143179
COA: 291443
Jackson CC: 08-003406-AV

_____

On order of the Chief Justice, the motion by defendant-appellee Saurman to adjourn the oral argument of this case is considered together with the response thereto and the motion is denied.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

Clerk